UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Albert W. Hill            Docket No. 2:16-MJ-1001-1BO

### Petition for Action on Probation

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Albert W. Hill, who, upon an earlier plea of guilty to Operating with a BAC of .08 or Greater, in violation of 36CFR § 4.23(a)(c), and Open Container of Alcohol, in violation of 36CFR § 4.14(b), was sentenced by the Honorable Robert B. Jones, U.S. Magistrate Judge on March 7, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 15, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. On April 23, 2016, laboratory analysis revealed a positive result for marijuana. The defendant has agreed to complete community service as a result.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield            /s/ Melissa K. Gonigam
Dwayne K. Benfield            Melissa K. Gonigam
Supervising U.S. Probation Officer            U.S. Probation Officer
           201 South Evans Street, Rm 214
           Greenville, NC 27858-1137
           Phone: (252) 830-2345
           Executed On: May 12, 2016

### ORDER OF THE COURT

Considered and ordered this _13_ day of _May_, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge